UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
Kevin Lee Anderson,

                                 08 Civ. 8432 (THK)(DAB)
                 Plaintiff,

        -against-

                                 **ORDER**

ARTHUR BERNIER, et al.,

                 Defendants.
                                 **(PRO SE)**
------------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    The Court's Pro Se Office informed the Court on October 7, 2009 that, due to an error in updating the docket sheet with Plaintiff's new address, the service package sent to Plaintiff was returned unopened on May 4, 2009. Plaintiff was therefore unable to serve Defendants. Accordingly, it is hereby ORDERED:

    1.    The Court's Pro Se Office shall re-send the service package to Plaintiff Anderson, to enable him to serve Defendants.

    2.    Plaintiff is required to effect service on Defendants by no later than February 15, 2010.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2009
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 10/13/09